STANLEY G. HILTON, BAR NO. 65990
LAW OFFICES OF STANLEY G. HILTON.
2570 North First Street, Ste. 200
San Jose, California 95131
Tel: (415) 378-6142
Fax: (650) 276-2388

Attorney for Plaintiff
DON BORG

FILED
2007 JUL -5  A 10: 24
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

C/HRL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

DON BORG,

    Plaintiff,

    vs.

PRINCIPAL LIFE INSURANCE COMPANY, TARGET CORPORATION, and DOES 1 through 20, inclusive,

    Defendants.

No. 07-CV-03149 HRL

PROOF OF SERVICE

BY FAX

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| STANLEY HILTON   SBN 65990<br>STANLEY HILTON<br>580 CALIFORNIA STREET<br>SUITE 500<br>SAN FRANCISCO CA 94104 | 415-584-8999<br><br>Ref. No. or File No.<br>Borg-Principal | |
| ATTORNEY FOR  Plaintiff | | |

Insert name of court and name of judicial district and branch if any.

District Court Northern District, San Jose
280 S First St #2112 San Jose CA 95113

SHORT TITLE OF CASE:

Don Borg v Principal Life Ins., et al.

| INVOICE NO. | DATE: | TIME: | DEP./DIV. | CASE NUMBER: |
|---|---|---|---|---|
| 550824 | | | | C0703149 |

UNITED STATES DISTRICT COURT
DECLARATION OF SERVICE

I CERTIFY THAT I AM AUTHORIZED TO SERVE THE SUMMONS AND COMPLAINT IN THE WITHIN
ACTION PURSUANT TO F.R.Civ.P 4(c) AND THAT I SERVED:
TO THE WITHIN ENTITLED ACTION. I SERVED THE:

    SUMMONS
    COMPLAINT
    CIVIL CASE COVER SHEET
    ADR INFORMATION
    NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES
    MAGISTRATE JUDGE

ON: TARGET CORPORATION

AT: 818 W. 7TH ST.
    #200
    LOS ANGELES CA 9017

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH

JESSICA CHAVEZ
WHOSE TITLE IS: AUTHORIZED AGENT

ON: 06/27/07     AT: 3:10PM

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED
STATES OF AMERICA THAT THE FOREGOING INFORMATION CONTAINED IN THE
RETURN OF SERVICE AND STATEMENT OF SERVICE FEES IS TRUE AND CORRECT.

PERSON SERVING: JACK TINOCO
  RAPID LEGAL INC.
  1199 MONTEREY PASS RD.
  MONTEREY PARK, CA 91754
  323-526-7300 FAX 323-526-7377

    FEE FOR SERVICE:    59.50
  d.  Registered California process server
  (1) [ X ] Employee or [  ] Independent Contractor
  (2) Registration No. 3107
  (3) County: LOS ANGELES
  (4) Expiration: 02/27/09

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATE: 06/28/07                    >
                                          SIGNATURE