| | |
|---|---|
| 1 | ANGELA L. PADILLA (CA SBN 154863) |
| | EVI K. SCHUELLER (CA SBN 237886) |
| 2 | APadilla@mofo.com |
| | MORRISON & FOERSTER LLP |
| 3 | 425 Market Street |
| | San Francisco, California  94105-2482 |
| 4 | Telephone: 415.268.7000 |
| | Facsimile: 415.268.7522 |
| 5 | |
| | Attorneys for Defendants |
| 6 | PRINCIPAL LIFE INSURANCE CO. AND |
| | TARGET CORPORATION |
| 7 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| DON BORG, | | Case No.    C-07-03149-HRL |
| | Plaintiff, | [Hon. Howard R. Lloyd] |
| v. | | **NOTICE OF MOTION AND MOTION TO ENLARGE TIME TO RESPOND TO COMPLAINT** |
| PRINCIPAL LIFE INSURANCE CO., TARGET CORPORATION, and DOES 1 through 20, inclusive, | | |
| | | [N.D. Cal. L.R. 6-3] |
| | Defendants. | |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that defendants Principal Life Insurance Co. and Target Corporation, will and hereby do move this Court for an order enlarging time their time to answer the Complaint in this matter to Monday, August 16, 2007.  This motion is brought pursuant to Civil L.R. 6-3 and is based on this notice, the following memorandum of points and authorities and the accompanying declaration of Angela L. Padilla, and on such other matters as may be presented to the Court.  The Plaintiff has not responded to the Defendants' request for a stipulated extension.

## MEMORANDUM OF POINTS AND AUTHORITIES

By this Motion, Defendants Principal Life Insurance Co. ("Principal Life") and Target Corporation ("Target") (collectively, "Defendants") hereby move for an order extending the time to respond to Plaintiff's Complaint, until August 16, 2007.

On or about June 15, 2007, Plaintiff improperly served Principal Life with only a portion (three pages) of the Complaint. On or about June 27, 2007, Target was similarly served. On July 13, 2007, Defendants requested that Plaintiff serve the entire Complaint, and agree to extend the time to respond to that Complaint by 30 days. Plaintiff's counsel, however, has not responded to the request and apparently is unwilling to agree to the extension. Since the Principal's response is currently due on July 16, 2007, Defendants move, pursuant to Local Rules 6-3 to enlarge the time to respond to August 16, 2007.

As described in the accompanying Declaration of Angela L. Padilla, Defendants require extra time to respond, because they have not yet been served with the entire Complaint. Indeed, without an extension, Defendants would suffer prejudice in having to respond to an incomplete copy of the Complaint. Moreover, responding to an incomplete copy of the Complaint would be a unnecessary waste of judicial resources.

Defendants have not previously sought an extension of time in this action. The 30 day extension of time requested herein will not affect the September 18, 2007 Case Management Conference, or any other hearings currently scheduled in this matter.

| | | |
|---|---|---|
| 1 | Dated: July 16, 2007 | ANGELA L. PADILLA |
| 2 | | EVI K. SCHUELLER |
| | | MORRISON & FOERSTER LLP |

By:  /s/ Angela L. Padilla
       Angela L. Padilla

Attorneys for Defendants
TARGET CORPORATION AND
PRINCIPAL LIFE INSURANCE CO.

---

3
NOTICE OF MOTION AND MOTION TO ENLARGE TIME TO RESPOND TO COMPLAINT
C07-03149 HRL
sf-2354767