| | |
|---|---|
| 1 | ANGELA L. PADILLA (CA SBN 154863) |
| | APadilla@mofo.com |
| 2 | EVI K. SCHUELLER (CA SBN 237886) |
| | ESchueller@mofo.com |
| 3 | MORRISON & FOERSTER LLP |
| | 425 Market Street |
| 4 | San Francisco, California 94105-2482 |
| | Telephone: 415.268.7000 |
| 5 | Facsimile: 415.268.7522 |
| 6 | Attorneys for Defendants |
| | PRINCIPAL LIFE INSURANCE CO. and |
| 7 | TARGET CORPORATION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DON BORG, | Case No.   C-07-03149-HRL |
| Plaintiff, | [Hon. Howard R. Lloyd] |
| v. | **DECLARATION OF ANGELA L. PADILLA IN SUPPORT OF DEFENDANTS' MOTION TO ENLARGE TIME TO RESPOND TO COMPLAINT** |
| PRINCIPAL LIFE INSURANCE COMPANY, TARGET CORPORATION, | |
| Defendants. | **[N.D. CAL. L.R. 6-3]** |

1

## DECLARATION OF ANGELA L. PADILLA

I, Angela L. Padilla, declare:

1. I am an attorney of record herein for Defendants Principal Life Insurance Company and Target Corporation (collectively, "Defendants") and parties to this action, and have personal knowledge of each and all the facts stated in this declaration. I submit this declaration in support of Defendants' Motion to Enlarge Time to Respond.

2. On or about June 15, 2007, Plaintiff improperly served Principal Life with only a portion (three pages) of the Complaint. On or about June 27, 2007, Target was similarly served. It is clear from the face of the documents that Plaintiff served only a portion of the Complaint because the text cuts off without a prayer for relief or signature.

3. On July 13, 2007, Defense counsel requested that Plaintiff's counsel provide Defendants with a complete copy of the Complaint and grant Defendants a 30 day extension of time to respond. Plaintiff has not responded to Defendants request to enlarge time to respond. Attached hereto as Exhibit A is a true and correct copy of an email exchange with Plaintiff's counsel.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 16th day of July 2007 at San Francisco, California.

                                                                   /s/ Angela L. Padilla
                                                                    Angela L. Padilla