# Exhibit A

## Graber, Geoffrey

**From:** Graber, Geoffrey
**Sent:** July 14, 2007 8:54 AM
**To:** 'STAVROS3589@aol.com'
**Subject:** Re: Borg v. Principal Life Insurance

Stanley, will you grant the extension?

------------------------
Sent from my BlackBerry Wireless Handheld

-----Original Message-----
From: STAVROS3589@aol.com <STAVROS3589@aol.com>
To: Graber, Geoffrey
Sent: Fri Jul 13 22:49:22 2007
Subject: Re: Borg v. Principal Life Insurance

PLEASE CALL ME AT 415 786 4821  TO DISCUSS,  GEOFF.,  CALL ME MONDAY '
I START A VERY BAD TRIAL  TUESDAY  SO WE NEED TO TALK MONDAY '
STANLEEE

---

Get a sneak peak of the all-new AOL.com <http://discover.aol.com/memed/aolcom30tour/?ncid=AOLAOF00020000000982> .

1

## Graber, Geoffrey

| | |
|---|---|
| **From:** | Graber, Geoffrey |
| **Sent:** | July 13, 2007 2:07 PM |
| **To:** | 'STAVROS3589@aol.com'; 'kinchen_bizzell@yahoo.com'; 'STANLEY GOUMAS'; 'Mr. Stanley G. Hilton' |
| **Cc:** | Padilla, Angela Lucia |
| **Subject:** | Borg v. Principal Life Insurance |
| **Importance:** | High |

| **Tracking:** | **Recipient** | **Delivery** | **Read** |
|---|---|---|---|
| | 'STAVROS3589@aol.com' | | |
| | 'kinchen_bizzell@yahoo.com' | | |
| | 'STANLEY GOUMAS' | | |
| | 'Mr. Stanley G. Hilton' | | |
| | Padilla, Angela Lucia | Delivered: 7/13/2007 2:08 PM | Read: 7/13/2007 2:09 PM |
| | 'Ellingboe, Deborah A.' | | |

Stanley,

I left you a voicemail on this as well. I write regarding the new complaint filed by your client, Mr. Borg, against Principal Life and Target. First, it appears that we were only served with a part of the complaint (3 pages of a larger document). Please forward a complete copy of the complaint to us as soon as possible. Second, we have only just gotten a copy of the complaint. In view of that and given the fact that we have only received a partial copy of the complaint, we request that Plaintiff grant Defendants a 30 day extension of time to respond, until Monday, August 16, 2007.

Please let me know your position on this as soon as possible. Thank you.

Geoffrey Graber
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105
(415) 268-7429