UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DON BORG,<br><br>          Plaintiff,<br><br>     v.<br><br>PRINCIPAL LIFE INSURANCE CO., TARGET CORPORATION, and DOES 1 through 20, inclusive,<br><br>          Defendants. | Case No.   C-07-03149-HRL<br><br>[Hon. Howard R. Lloyd]<br><br>**[PROPOSED] ORDER ENLARGING TIME TO RESPOND TO COMPLAINT** |

Having reviewed Defendants' Motion to Enlarge Time to Respond, and for good cause shown,

IT IS HEREBY ORDERED that the last day for Defendants to answer or otherwise respond to the Complaint is hereby extended to, and including, August 16, 2007.

Dated: _____, 2007

　　　　　　　　　　　　　　　　　　　　The Honorable Howard R. Lloyd
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

[PROPOSED] ORDER EXTENDING TIME TO RESPOND
C-07-03149-HRL
sf-2354548