*E-filed 7/19/07*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DON BORG,<br><br>        Plaintiff,<br><br>    v.<br><br>PRINCIPAL LIFE INSURANCE CO., TARGET CORPORATION, and DOES 1 through 20, inclusive,<br><br>        Defendants. | Case No.    C-07-03149-HRL<br><br>[Hon. Howard R. Lloyd]<br><br>**ORDER ENLARGING TIME TO RESPOND TO COMPLAINT** |

Having reviewed Defendants' Motion to Enlarge Time to Respond, and for good cause shown,

IT IS HEREBY ORDERED that the last day for Defendants to answer or otherwise respond to the Complaint is hereby extended to, and including, August 16, 2007.

Dated: __July 19__, 2007

_____
The Honorable Howard R. Lloyd
United States Magistrate Judge