UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DON BORG,<br><br>            Plaintiff,<br><br>   v.<br><br>PRINCIPAL LIFE INSURANCE COMPANY, TARGET CORPORATION,<br><br>            Defendants. | Case No.   C-07-03149-HRL<br><br>[Hon. Howard R. Lloyd]<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT**<br><br>Date:  October 2, 2007<br><br>Time:  10:00 a.m.<br><br>Location: Courtroom 2 |

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS
C-07-03149-HRL
sf-2374021

1  The motion of Defendants Principal Life Insurance Company and Target Corporation
2  (collectively, "Defendants") for an order of dismissal or, in the alternative, of summary judgment
3  against Plaintiff Donald Borg came for hearing before this Court on _____, 2007.
4  Having considered the briefs and oral argument of the parties, this Court finds that
5  Defendants are entitled to an order of dismissal against Plaintiff. Accordingly,
6  IT IS HEREBY ORDERED THAT Defendants' motion to dismiss is GRANTED against
7  Plaintiff Donald Borg.

Dated: _____,

_____
The Honorable Howard R. Lloyd