# Exhibit A

ADRMOP, CLOSED, E-Filing, MEDTERM, REFSET-PVT

# U.S. District Court
## California Northern District (San Jose)
### CIVIL DOCKET FOR CASE #: 5:05-cv-05295-HRL

Dan Borg v. Principal Life Insurance Company
Assigned to: Magistrate Judge Howard R. Lloyd
Cause: 29:1001 E.R.I.S.A.: Employee Retirement

Date Filed: 12/21/2005
Date Terminated: 12/19/2006
Jury Demand: None
Nature of Suit: 442 Civil Rights: Jobs
Jurisdiction: Federal Question

**Plaintiff**

**Don Borg**                    represented by **Stanley G. Hilton**
Law Offices of Stanley G. Hilton
2570 North First St., Suite 200
San Jose, CA 95131
4151-378-6142
Fax: 415-276-2388
Email: FROG727@AOL.COM
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Principal Life Insurance Company**    represented by **Angela Lucia Padilla**
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105
415-268-7000
Fax: 415-268-7522
Email: apadilla@mofo.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Geoffrey Aaron Graber**
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105
415-268-7000
Fax: 415-268-7522
Email: ggraber@mofo.com
*ATTORNEY TO BE NOTICED*

**Keith Lawrence Butler**
Morrison & Foerster LLP
425 Market Street

32nd Floor
San Francisco, CA 94105-2482
(415)268-7000
Fax: 415-268-7522
Email: kbutler@mofo.com
*TERMINATED: 05/09/2006*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Target Corporation**     represented by    **Angela Lucia Padilla**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Geoffrey Aaron Graber**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Keith Lawrence Butler**
(See above for address)
*TERMINATED: 05/09/2006*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/21/2005 | 1 | COMPLAINT for Damages(Summons Issued); jury demand; against Principal Life Insurance Company ( Filing fee $ 250, receipt number 5513646.). Filed byDon Borg. (bw, COURT STAFF) (Filed on 12/21/2005) Additional attachment(s) added on 12/22/2005 (bw, COURT STAFF). (Entered: 12/21/2005) |
| 12/21/2005 | 2 | ADR SCHEDULING ORDER: Case Management Statement due by 4/18/2006. Case Management Conference set for 4/25/2006 01:30 PM. (Attachments: # 1 Standing Order)(bw, COURT STAFF) (Filed on 12/21/2005) (Entered: 12/21/2005) |
| 12/21/2005 |  | Summons Issued as to Principal Life Insurance Company. (bw, COURT STAFF) (Filed on 12/21/2005) (Entered: 12/21/2005) |
| 12/21/2005 |  | CASE DESIGNATED for Electronic Filing. (bw, COURT STAFF) (Filed on 12/21/2005) (Entered: 12/21/2005) |
| 12/23/2005 | 3 | CERTIFICATE OF SERVICE by Don Borg re 1 Complaint,, 2 ADR Scheduling Order, Summons Issued, *to Principal Life Insurance Company, Becky DeGeorge individual authorized to accept service of process* (bw, COURT STAFF) (Filed on 12/23/2005) Additional attachment(s) added on 12/27/2005 (bw, COURT STAFF). (Entered: 12/27/2005) |
| 01/22/2006 | 4 | AMENDED COMPLAINT against all defendants. Filed byDon Borg. (Hilton, Stanley) (Filed on 1/22/2006) (Entered: 01/22/2006) |

| | | |
|---|---|---|
| 01/23/2006 | | Amended Summons Issued as to Target Corporation. (bw, COURT STAFF) (Filed on 1/24/2006) (Entered: 01/24/2006) |
| 01/24/2006 | 5 | STIPULATION *EXTENDING TIME TO RESPOND TO COMPLAINT* by Principal Life Insurance Company. (Padilla, Angela) (Filed on 1/24/2006) (Entered: 01/24/2006) |
| 01/26/2006 | 6 | CERTIFICATE OF SERVICE by Don Borg re 4 Amended Complaint *served on Target Corporation* (bw, COURT STAFF) (Filed on 1/26/2006) Additional attachment(s) added on 1/27/2006 (bw, COURT STAFF). (Entered: 01/26/2006) |
| 02/01/2006 | 7 | ANSWER to Complaint by Principal Life Insurance Company. (Padilla, Angela) (Filed on 2/1/2006) (Entered: 02/01/2006) |
| 02/13/2006 | 8 | ANSWER to Amended Complaint by Target Corporation. (Padilla, Angela) (Filed on 2/13/2006) (Entered: 02/13/2006) |
| 04/04/2006 | 9 | ADR Certification (ADR L.R. 3-5b) of discussion of ADR options *ADR CERTIFICATION BY PARTIES AND COUNSEL* (Padilla, Angela) (Filed on 4/4/2006) (Entered: 04/04/2006) |
| 04/06/2006 | 10 | STIPULATION and Proposed Order selecting Mediation by Target Corporation, Principal Life Insurance Company and Don Borg (Padilla, Angela) (Filed on 4/6/2006) Modified on 4/11/2006 (bw, COURT STAFF). (Entered: 04/06/2006) |
| 04/11/2006 | 11 | CONSENT to Proceed Before a US Magistrate Judge by Target Corporation, Principal Life Insurance Company . (Padilla, Angela) (Filed on 4/11/2006) Modified on 4/11/2006 (bw, COURT STAFF). (Entered: 04/11/2006) |
| 04/14/2006 | 12 | CONSENT to Proceed Before a US Magistrate Judge by Don Borg.. (Hilton, Stanley) (Filed on 4/14/2006) (Entered: 04/14/2006) |
| 04/18/2006 | 13 | CASE MANAGEMENT STATEMENT *Case Management Conference Statement and [Proposed] Order* filed by Target Corporation, Principal Life Insurance Company. (Padilla, Angela) (Filed on 4/18/2006) (Entered: 04/18/2006) |
| 04/18/2006 | 14 | Declaration of Geoffrey A. Graber Re Case Management Conference Statement (Local Rule 16-9(a)) filed by Target Corporation, Principal Life Insurance Company. (Padilla, Angela) (Filed on 4/18/2006) Modified on 4/19/2006 (bw, COURT STAFF). (Entered: 04/18/2006) |
| 04/25/2006 | 15 | Minute Entry: Initial Case Management Conference held on 4/25/2006 before Magistrate Judge Howard R. Lloyd (Date Filed: 4/25/2006). (Court Reporter FTR.) (pmc, COURT STAFF) (Date Filed: 4/25/2006) (Entered: 04/25/2006) |
| 04/27/2006 | 16 | CASE MANAGEMENT SCHEDULING ORDER:Dispositive Motions due by 11/28/2006. Pretrial Conference set for 1/16/2007 01:30 p.m. Bench Trial set for 1/22/2007. Signed by Magistrate Judge Howard R. Lloyd on 4/27/06. (hrllc1, COURT STAFF) (Filed on 4/27/2006) |

| | | |
|---|---|---|
| | | (Entered: 04/27/2006) |
| 04/27/2006 | | CASE REFERRED to Mediation. (hrllc1, COURT STAFF) (Filed on 4/27/2006) (Entered: 04/27/2006) |
| 04/27/2006 | | CASE REFERRED to Magistrate Judge Trumbull for Settlement (hrllc1, COURT STAFF) (Filed on 4/27/2006) (Entered: 04/27/2006) |
| 05/08/2006 | 17 | NOTICE of Substitution of Counsel by Geoffrey Aaron Graber *NOTICE OF SUBSTITUTION OF COUNSEL* (Graber, Geoffrey) (Filed on 5/8/2006) (Entered: 05/08/2006) |
| 05/25/2006 | 18 | ADR Clerk's Notice Appointing Michael E. Dickstein as Mediator dated 5/25/2006. (af, COURT STAFF) (Filed on 5/25/2006) (Entered: 05/25/2006) |
| 06/16/2006 | | Set/Reset Hearings: Mediation Hearing set for 8/18/2006 10:00 AM., report to ADR Reception Room 16-6892 at the Federal Building, 450 Golden Gate Ave., 16th Floor, San Francisco. Mediation statements exchanged and due to mediator on 8/11/2006. Please take note that this date is beyond the court-set deadline for the mediation and is subject to approval by the court. (af, COURT STAFF) (Filed on 6/16/2006) (Entered: 06/16/2006) |
| 06/26/2006 | 19 | Letter to counsel dated 6/23/2006 from Mediator, Michael E. Dickstein. (af, COURT STAFF) (Filed on 6/26/2006) (Entered: 06/26/2006) |
| 07/13/2006 | 20 | STIPULATION *to Extend Mediation Deadline* by Target Corporation, Principal Life Insurance Company. (Attachments: # 1 Proposed Order Extending Mediation Deadline)(Padilla, Angela) (Filed on 7/13/2006) (Entered: 07/13/2006) |
| 07/14/2006 | 21 | ORDER EXTENDING MEDIATION DEADLINE. Signed by Magistrate Judge Howard R. Lloyd on 7/14/06. (hrllc1, COURT STAFF) (Filed on 7/14/2006) (Entered: 07/14/2006) |
| 07/24/2006 | | ADR Remark: Mediation deadline has been extended to 8/21/2006, see #21. (af, COURT STAFF) (Filed on 7/24/2006) (Entered: 07/24/2006) |
| 08/03/2006 | 22 | Letter to Judge Brazil Requesting Approval of Proposed Order Allowing Telephonic Attendance by Defendants. (Attachments: # 1 Proposed Order [Proposed] Order Permitting Telephonic Attendance by Defendants at Mediation)(Graber, Geoffrey) (Filed on 8/3/2006) Text Modified on 8/4/6 to conform with document post by counsel (bw, COURT STAFF). (Entered: 08/03/2006) |
| 08/16/2006 | 23 | ORDER Permitting Telephonic Attendance by Defendants at Mediation. IT IS HEREBYOrdered that defendants may attend the August 18, 2006 mediation in this action by telephone. Order signed by Judge Wayne D. Brazil on August 16, 2006. (bw, COURT STAFF) (Filed on 8/16/2006) (Entered: 08/21/2006) |
| 09/12/2006 | 24 | CERTIFICATION OF MEDIATION Session on 8/18/2006, case not settled, phone discussions continuing, mediation continues. Filed by |

| | | |
|---|---|---|
| | | Mediator, Michael E. Dickstein, dated 9/5/2006. (af, COURT STAFF) (Filed on 9/12/2006). (Entered: 09/12/2006) |
| 10/17/2006 | 25 | Stipulation and [Proposed] Order to Reschedule Summary Judgment Hearing Date by Target Corporation, Principal Life Insurance Company. (Graber, Geoffrey) (Filed on 10/17/2006) Text modified on 10/17/2006 to conform to document caption post by counsel (bw, COURT STAFF). (Entered: 10/17/2006) |
| 10/23/2006 | 26 | STIPULATION AND ORDER EXTENDING DISPOSITIVE MOTION DEADLINE. Last day to hear dispositive motions is now December 19, 2006. Signed by Magistrate Judge Howard R. Lloyd on 10/23/06. (hrllc1, COURT STAFF) (Filed on 10/23/2006) (Entered: 10/23/2006) |
| 11/14/2006 | 27 | Notice of Motion and MOTION of Defendants Principal Life Insurance Co. and Target Corporation for Summary Judgment filed by Target Corporation, Principal Life Insurance Company. Motion Hearing set for 12/19/2006 10:00 AM in Courtroom 2, 5th Floor, San Jose. (Graber, Geoffrey) (Filed on 11/14/2006) Text modified on 11/15/2006 to conform to document caption post by counsel (bw, COURT STAFF). (Entered: 11/14/2006) |
| 11/14/2006 | 28 | *** FILED IN ERROR. PLEASE SEE DOCKET #26. *** Declaration of Michael Wallace in Support of 27 Notice of Motion and Motion of Defendants Principal Life Insurance Co. and Target Corporation for Summary Judgment filed by Target Corporation, Principal Life Insurance Company. (Attachments: # 1 Exhibit Exhibit A - Filed Under Seal)(Related document(s)27) (Graber, Geoffrey) (Filed on 11/14/2006) Text modified on 11/15/06 to conform to document caption post by counsel (bw, COURT STAFF). Modified on 11/16/2006 (ewn, COURT STAFF). (Entered: 11/14/2006) |
| 11/14/2006 | 29 | *** FILED IN ERROR. PLEASE SEE DOCKET #31. *** Declaration of Evan Boyd in Support of 27 Notice of Motion and Motion of Defendants Principal Life Insurance Co. and Target Corporation for Summary Judgment filed by Target Corporation, Principal Life Insurance Company. (Attachments: # 1 Exhibit Exhibit A - Filed Under Seal) (Related document(s)27) (Graber, Geoffrey) (Filed on 11/14/2006) Text modified on 11/15/2006 to conform to document caption post by counsel (bw, COURT STAFF). Modified on 11/16/2006 (ewn, COURT STAFF). (Entered: 11/14/2006) |
| 11/14/2006 | 30 | CORRECTION OF DOCKET (28) Declaration of Michael Wallace in Support of 27 Notice of Motion and Motion of Defendants Principal Life Insurance Co. and Target Corporation for Summary Judgment filed by Target Corporation, Principal Life Insurance Company. (Attachments: # 1 Exhibit Exhibit A - Filed Under Seal)(Related document(s)27) (Graber, Geoffrey) (Filed on 11/14/2006) Text modified on 11/15/2006 to conform to document caption post by counsel (bw, COURT STAFF). (Entered: 11/14/2006) |
| 11/14/2006 | 31 | CORRECTION OF DOCKET (29) Declaration of Evan Boyd in Support |

| | | |
|---|---|---|
| | | of 27 Notice of Motion and Motion of Defendants Principal Life Insurance Co. and Target Corporation for Summary Judgment filed by Target Corporation, Principal Life Insurance Company. (Attachments: # 1 Exhibit Exhibit A - Filed Under Seal)(Related document(s)27) (Graber, Geoffrey) (Filed on 11/14/2006) Text modified on 11/15/2006 to conform to document caption post by counsel (bw, COURT STAFF). (Entered: 11/14/2006) |
| 11/14/2006 | 32 | (Proposed) Order Granting 27 Motion of Defendants Principal Life Insurance Co. and Target Corporation for Summary Judgment by Target Corporation, Principal Life Insurance Company. (Graber, Geoffrey) (Filed on 11/14/2006) Text modified on 11/15/2006 to conform to document caption post by counsel (bw, COURT STAFF). (Entered: 11/14/2006) |
| 11/14/2006 | 33 | ADMINISTRATIVE MOTION TO FILE ADMINISTRATIVE RECORD UNDER SEAL filed by Target Corporation, Principal Life Insurance Company. Motion Hearing set for 12/19/2006 10:00 AM in Courtroom 2, 5th Floor, San Jose. (Graber, Geoffrey) (Filed on 11/14/2006) Text modified on to conform to document caption post by counsel (bw, COURT STAFF). (Entered: 11/14/2006) |
| 11/14/2006 | 34 | Declaration OF GEOFFREY GRABER in Support of 33 AMINISTRATIVE MOTION TO FILE ADMINISTRATIVE RECORD UNDER SEAL filed by Target Corporation, Principal Life Insurance Company. (Related document(s)33) (Graber, Geoffrey) (Filed on 11/14/2006) Text modified on on 11/15/2006 to conform to document caption post by counsel (bw, COURT STAFF). (Entered: 11/14/2006) |
| 11/14/2006 | 35 | (Proposed) Order Granting 33 ADMINISTRATIVE MOTION TO FILE ADMINISTRATIVE RECORD UNDER SEAL by Target Corporation, Principal Life Insurance Company. (Graber, Geoffrey) (Filed on 11/14/2006) Text modified on 11/15/2006 to conform to document caption post by counsel (bw, COURT STAFF). (Entered: 11/14/2006) |
| 11/14/2006 | 36 | PROOF OF SERVICE by Target Corporation, Principal Life Insurance Company re 30 Declaration in Support,,, 31 Declaration in Support,, *PROOF OF SERVICE FOR EXHIBIT A FILED UNDER SEAL* (Graber, Geoffrey) (Filed on 11/14/2006) Text modified on 11/15/2006 to conform to document caption post by counsel (bw, COURT STAFF). (Entered: 11/14/2006) |
| 11/15/2006 | | Received Document Exhibit A to the Wallace and Boyd Declarations - Volume 1 of 4 (DOCUMENT UNDER SEAL) by Target Corporation, Principal Life Insurance Company. (bw, COURT STAFF) (Filed on 11/15/2006) (Entered: 11/15/2006) |
| 11/15/2006 | | Received Document Exhibit A to the Wallace and Boyd Declarations - Volume 2 of 4 (DOCUMENT UNDER SEAL) by Target Corporation, Principal Life Insurance Company. (bw, COURT STAFF) (Filed on 11/15/2006) (Entered: 11/15/2006) |
| 11/15/2006 | | Received Document Exhibit A to the Wallace and Boyd Declarations - |

| | | |
|---|---|---|
| | | Volume 3 of 4 (DOCUMENT UNDER SEAL) by Target Corporation, Principal Life Insurance Company. (bw, COURT STAFF) (Filed on 11/5/2006) (Entered: 11/15/2006) |
| 11/15/2006 | | Received Document Exhibit A to the Wallace and Boyd Declarations - Volume 4 of 4 (DOCUMENT UNDER SEAL) by Target Corporation, Principal Life Insurance Company. (bw, COURT STAFF) (Filed on 11/15/2006) (Entered: 11/15/2006) |
| 11/15/2006 | 42 | EXHIBIT A - Volume 1 of 4 to the Wallace and Boyd Declarations (DOCUMENT FILED UNDER SEAL) filed by Target Corporation, Principal Life Insurance Company. (bw, COURT STAFF) (Filed on 11/15/2006) (Entered: 01/26/2007) |
| 11/15/2006 | 43 | EXHIBIT A - Volume 2 of 4 to the Wallace and Boyd Declarations (DOCUMENT FILED UNDER SEAL) filed by Target Corporation, Principal Life Insurance Company. (bw, COURT STAFF) (Filed on 11/15/2006) (Entered: 01/26/2007) |
| 11/15/2006 | 44 | EXHIBIT A - Volume 3 of 4 to the Wallace and Boyd Declarations (DOCUMENT FILED UNDER SEAL) filed by Target Corporation, Principal Life Insurance Company. (bw, COURT STAFF) (Filed on 11/15/2006) (Entered: 01/26/2007) |
| 11/15/2006 | 45 | EXHIBIT A - Volume 4 of 4 to the Wallace and Boyd Declarations (DOCUMENT FILED UNDER SEAL) filed by Target Corporation, Principal Life Insurance Company. (bw, COURT STAFF) (Filed on 11/15/2006) (Entered: 01/26/2007) |
| 12/12/2006 | 37 | ORDER by Magistrate Judge Howard R. Lloyd granting 33 Motion to Seal Document (hrllc1, COURT STAFF) (Filed on 12/12/2006) (Entered: 12/12/2006) |
| 12/12/2006 | 38 | ORDER TAKING SUMMARY JUDGMENT MOTION OFF CALENDAR. Signed by Magistrate Judge Howard R. Lloyd on 12/12/06. (hrllc1, COURT STAFF) (Filed on 12/12/2006) (Entered: 12/12/2006) |
| 12/19/2006 | 39 | ORDER CONDITIONALLY DISMISSING CASE. Signed by Magistrate Judge Howard R. Lloyd on 12/19/06. (hrllc1, COURT STAFF) (Filed on 12/19/2006) (Entered: 12/19/2006) |
| 12/20/2006 | 40 | STIPULATION of Dismissal *Stipulation of Dismissal* by Target Corporation, Principal Life Insurance Company. (Graber, Geoffrey) (Filed on 12/20/2006) (Entered: 12/20/2006) |
| 12/27/2006 | 41 | STIPULATION AND ORDER OF DISMISSAL. Signed by Magistrate Judge Howard R. Lloyd on 12/27/06. (hrllc1, COURT STAFF) (Filed on 12/27/2006) (Entered: 12/27/2006) |

| PACER Service Center |
|---|

| Transaction Receipt | | | |
|---|---|---|---|
| 08/16/2007 09:43:40 | | | |
| PACER Login: | mf0071 | Client Code: | 35359-0000160-01357 |
| Description: | Docket Report | Search Criteria: | 5:05-cv-05295-HRL |
| Billable Pages: | 5 | Cost: | 0.40 |