# Exhibit B

**From:** Graber, Geoffrey
**Sent:** Monday, August 06, 2007 5:15 PM
**To:** Graber, Geoffrey
**Subject:** FW: Borg v. Target

---

**From:** STAVROS3589@aol.com [mailto:STAVROS3589@aol.com]
**Sent:** November 15, 2006 9:21 AM
**To:** Graber, Geoffrey
**Subject:** Re: Borg v. Target

I AM AGREEABLE TO STIP UNDER SEAL

I HEARD YOU WAS ON HIONEYMOON? I AM PICKING UP A BRIDE NEXT WEEK ALSO!

# LETS SETTLE NOW!