# Exhibit C

ANGELA L. PADILLA (CA SBN 154863)
APadilla@mofo.com
EVI K. SCHUELLER (CA SBN 237886)
ESchueller@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendants
PRINCIPAL LIFE INSURANCE CO. and
TARGET CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DON BORG,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PRINCIPAL LIFE INSURANCE COMPANY, TARGET CORPORATION,<br><br>　　　　Defendants. | Case No.　C-07-03149-HRL<br><br>[The Hon. Howard R. Lloyd]<br><br>**EXHIBIT C TO DECLARATION OF GEOFFREY GRABER IN SUPPORT OF MOTION TO DISMISS** |

## MANUAL FILING NOTIFICATION

Regarding: Exhibit C to Declaration of Geoffrey Graber

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.

If you are a participant in this case, this filing will be served in hard-copy shortly.

For information on retrieving this filing directly from the court, please see the court's website at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not e-filed for the following reason(s):

    X     Item Under Seal

Dated: August 16, 2007

Eva K. Schueller
MORRISON & FOERSTER LLP

By: /s/ Eva K. Schueller
Eva K. Schueller

Attorneys for Defendants
PRINCIPAL LIFE INSURANCE CO. AND
TARGET CORPORATION