# Exhibit D

**From:** Graber, Geoffrey
**Sent:** Monday, August 06, 2007 5:13 PM
**To:** Graber, Geoffrey
**Subject:** FW: Borg - Settlement Agreement and Stipulation of Dismissal

---

**From:** STANLEY HILTON [mailto:4561414@gmail.com]
**Sent:** November 22, 2006 9:48 AM
**To:** Graber, Geoffrey
**Subject:** Re: Borg - Settlement Agreement and Stipulation of Dismissal

GEOFF

PLEASE NOTIFY COURT OF SETTLEMENT AND TAKE YOUR MSJ OFF CALENDAR

I AM GOING TO EUROPE TOMORORW AND WONT RETURN TILL DEC 6

I AM NOT PREPARING AN OPPOSITION TO YOUR MSJ BECAUSE I RELY ON YOUR PROMISE TO REMOVE THE MOTION AS WE HAVE SETTLED CASE.

PLEASE CONFIRM

SG HILTON


On 21/11/06, **Graber, Geoffrey** <GGraber@mofo.com> wrote:

Stanley,

Attached for your review and signature are copies of the Settlement Agreement and Stipulation of Dismissal. If you are agreeable with the language, please sign and send a copy back to me. The agreement contemplates that you will file the Stipulation of Dismissal. We will take the MSJ off calendar as soon as the Stipulation is filed with the Court.

Also, as I noted earlier, we need your taxpayer ID to get the check cut. Please send us that information so that we can wrap this up. Thanks.

Best Regards,

Geoffrey Graber
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105
(415) 268-7429


<<Borg - Stipulated Dismissal_v1.pdf>> <<Borg - Settlement Agreement_v1.pdf>>

===================================================================

To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

For information about this legend, go to
http://www.mofo.com/Circular230.html

===========================================================================

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail @ mofo.com, and delete the message.
===========================================================================

--
DR. SG HILTON