# Exhibit I

1   STANLEY G. HILTON (CA SBN 65990)        *E-filed 12/27/06*
     LAW OFFICES OF STANLEY G. HILTON
2   2570 North First Street, Ste. 200
     San Jose, California 95131
3   Telephone: (415) 378-6142
     Facsimile: (650) 276-2388

4

     Attorneys for Plaintiff
5   Donald Borg

6

     ANGELA L. PADILLA  (CA SBN 154863)
7   APadilla@mofo.com
     GEOFFREY A. GRABER (CA SBN 211547)
8   GGraber@mofo.com
     MORRISON & FOERSTER LLP
9   425 Market Street
     San Francisco, California  94105-2482
10  Telephone: 415.268.7000
     Facsimile: 415.268.7522

11

     Attorneys for Defendants
12  Principal Life Insurance Company
     Target Corporation

13

14             UNITED STATES DISTRICT COURT

15          NORTHERN DISTRICT OF CALIFORNIA

16                 SAN JOSE DIVISION

17

18  DON BORG,                Case No.   C-05-05295-HRL
19          Plaintiff,    **STIPULATION OF DISMISSAL**
20                   **[Fed. R. Civ. Proc. 41(a)(1)(ii)]**
        v.
21  PRINCIPAL LIFE INSURANCE COMPANY,
22  TARGET CORPORATION,

23         Defendants.

24

25

26

27

28

1    Plaintiff Donald Borg and Defendants Principal Life Insurance Company and Target

2 Corporation, by and through their respective counsel, and pursuant to a written settlement

3 agreement, hereby stipulate and request the Court dismiss, with prejudice, all of Plaintiff's claims

4 against Defendants. Each party is to bear its own fees and costs.

5

6 Dated: _____, 2006        LAW OFFICES OF STANLEY G. HILTON

7

8                               By:_____

9                               Stanley G. Hilton
                                *Attorney for Plaintiffs*

10

11

12 Dated: De... 20, 2006         MORRISON & FOERSTER LLP

13

14                              By:_____
                                Geoffrey Graber
15                              *Attorneys for Defendants*
                                PRINCIPAL LIFE INSURANCE CO., and
16                              TARGET CORPORATION

17

18                              **ORDER**

19    FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED that all of Plaintiff's claims

20 against Defendants shall be dismissed, with prejudice, and each party shall bear its own fees and

21 costs.

22

23                              December 27
    Dated:_____, 2006

24

25

26                              _____
                                The Honorable Howard R. Lloyd
27                              United States Magistrate Judge

28

STIPULATION OF DISMISSAL
C-05-05295-HRL
sf-2230717

1         Plaintiff Donald Borg and Defendants Principal Life Insurance Company and Target

2 Corporation, by and through their respective counsel, and pursuant to a written settlement

3 agreement, hereby stipulate and request the Court dismiss, with prejudice, all of Plaintiff's claims

4 against Defendants. Each party is to bear its own fees and costs.

5

6 Dated: _12-19_, 2006            LAW OFFICES OF STANLEY G. HILTON

7

8                                 By:_____

9                                Stanley G. Hilton

10                                *Attorney for Plaintiffs*

11

12 Dated: _____, 2006          MORRISON & FOERSTER LLP

13

14                                 By:_____

15                                Geoffrey Graber
                                  *Attorneys for Defendants*

16                                PRINCIPAL LIFE INSURANCE CO., and
                               TARGET CORPORATION

17

18                               **ORDER**

19         FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED that all of Plaintiff's claims

20 against Defendants shall be dismissed, with prejudice, and each party shall bear its own fees and

21 costs.

22

23         Dated:_____, 2006

24

25

26                               The Honorable Howard R. Lloyd
                              United States Magistrate Judge

27

28

STIPULATION OF DISMISSAL
C-05-05295-HRL
sf-2230717