1  ANGELA L. PADILLA (CA SBN 154863)
   EVA K. SCHUELLER (CA SBN 237886)
2  APadilla@mofo.com
   MORRISON & FOERSTER LLP
3  425 Market Street
   San Francisco, California  94105-2482
4  Telephone: 415.268.7000
   Facsimile: 415.268.7522
5
   Attorneys for Defendants
6  PRINCIPAL LIFE INSURANCE CO. and
   TARGET CORPORATION
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                         SAN JOSE DIVISION

11

12 | DON BORG,                              | Case No.   C-07-03149-HRL
13 |                 Plaintiff,              | [Hon. Howard R. Lloyd]
14 |         v.                              | **DEFENDANT'S ADMINISTRATIVE MOTION PURSUANT TO CIVIL L.R. 79-5 TO FILE DOCUMENTS UNDER SEAL IN CONNECTION WITH MOTION TO DISMISS**
15 | PRINCIPAL LIFE INSURANCE CO.,          |
   | TARGET CORPORATION, and DOES 1         |
16 | through 20, inclusive,                  |
17 |                 Defendants.             | Date: October 2, 2007
18 |                                         | Time: 10:00 a.m.
19 |                                         | Location: Courtroom 2
20

21

22

23

24

25

26

27

28

DEFENDANTS' MOTION TO FILE DOCUMENTS UNDER SEAL
CASE NO.  CV 07-03149 HRL
sf-2373812

1  PLEASE TAKE NOTICE that Defendants Principal Life Insurance Co. and Target
2  Corporation ("Defendants") hereby requests that the following documents be filed under seal:
3  Exhibits C and H to the Declaration of Geoffrey Graber in Support of Defendants Motion to
4  Dismiss ("Graber Declaration").
5  Exhibit H consists of the confidential settlement agreement executed by the parties to this
6  action in an earlier action captioned *Borg v. Principal Life Ins. Co. and Target Corp.*, Case No.
7  CV 05-05295 HRL (N.D. Cal.).  That settlement agreement contains confidential information
8  regarding the litigation settlement negotiations, confidential settlement terms and privileged
9  communications.  This District's local rules recognize the confidential nature of such information.
10 N.D. Cal. ADR L.R. 7-5 ("Except as provided by a case-specific order or in subdivision (b) of
11 this local rule, this court, the settlement judge, all counsel and parties, and any other persons
12 attending the settlement conference shall treat as 'confidential information' the contents of any
13 written settlement conference statements, anything that happened or was said, any position taken,
14 and any view of the merits of the case formed by any participant in connection with any
15 settlement conference.")  Exhibit C is an email from the parties' court-appointed mediator,
16 Michael E. Dickstein, to Geoffrey Graber, which mentions the confidential terms of the
17 settlement agreement.
18 For the reasons set forth above, Defendants respectfully request that the Court grant this
19 Administrative Motion to File Documents under Seal pursuant to Local Rule 79-5(b).

Dated:  August 16, 2007

ANGELA L. PADILLA
EVA K. SCHUELLER
MORRISON & FOERSTER LLP

By:  /s/  Angela L. Padilla [e-filing signature]
Angela L. Padilla

Attorneys for Defendants
TARGET CORPORATION and
PRINCIPAL LIFE INSURANCE CO.