1  ANGELA L. PADILLA (CA SBN 154863)
   EVA K. SCHUELLER (CA SBN 237886)
2  APadilla@mofo.com
   MORRISON & FOERSTER LLP
3  425 Market Street
   San Francisco, California 94105-2482
4  Telephone: 415.268.7000
   Facsimile: 415.268.7522
5
   Attorneys for Defendants
6  PRINCIPAL LIFE INSURANCE CO. and
   TARGET CORPORATION
7

8                  UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                         SAN JOSE DIVISION

11

12 DON BORG,                              Case No.   C-07-03149-HRL

13              Plaintiff,                [Hon. Howard R. Lloyd]

14      v.                                **DECLARATION OF EVA K.
                                          SCHUELLER IN SUPPORT OF
15 PRINCIPAL LIFE INSURANCE CO.,          DEFENDANTS' MOTION
   TARGET CORPORATION, and DOES 1         PURSUANT TO CIVIL L.R. 79-5(b)
16 through 20, inclusive,                 TO FILE DOCUMENTS UNDER
                                          SEAL IN CONNECTION WITH
17              Defendants.               MOTION TO DISMISS**

18                                        Date: October 2, 2007

19                                        Time: 10:00 a.m.

20                                        Location: Courtroom 2

21

SCHUELLER DECL. ISO MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL
CASE NO. CV 07-03149 HRL
sf-2373808

I, Eva Schueller, declare as follows:

1. I am an associate with the law firm of Morrison & Foerster LLP, counsel of record for Defendants Principal Life Insurance Co. and Target Corporation in the above-entitled action. I make this declaration based on my personal knowledge and in support of Defendants' Administrative Motion for Leave to File Documents Under Seal. If called as a witness, I could and would testify to the following facts.

2. I submit this declaration pursuant to Civil L.R. 79-5(b) to establish the sealability of Exhibits C and H to the Declaration of Geoffrey Graber in Support of Defendants Motion to Dismiss ("Graber Declaration").

3. Exhibit H to the Graber Declaration consists of the confidential settlement agreement executed by the parties to this action in an earlier action captioned *Borg v. Principal Life Ins. Co. and Target Corp.*, Case No. CV 05-05295 HRL (N.D. Cal.). The settlement agreement contains confidential information regarding the litigation settlement negotiations, settlement terms and privileged communications.

4. Exhibit C is an email from the parties' court-appointed mediator, Michael E. Dickstein, to Geoffrey Graber, which mentions the confidential terms of the settlement agreement.

5. In addition, public disclosure of the information contained in this settlement agreement could injure Defendants in connection with settlement negotiations with other parties, and would cause damage to Defendants' competitive position in the markets in which they operate.

6. For all the foregoing reasons, I request that the Court permit the above mentioned settlement agreement to be filed under seal.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on this 16th day of August, 2007 in San Francisco, California.

_____
Eva K. Schueller