UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DON BORG,<br><br>    Plaintiff,<br><br>    v.<br><br>PRINCIPAL LIFE INSURANCE CO., TARGET CORPORATION, and DOES 1 through 20, inclusive,<br><br>    Defendants. | Case No.   C-07-03149-HRL<br><br>[Hon. Howard R. Lloyd]<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL**<br><br>Date: October 2, 2007<br><br>Time: 10:00 a.m.<br><br>Location: Courtroom 2 |

1  Having considered Defendants' Administrative Motion for Leave to File Documents
2  Under Seal, and good cause appearing therefor, Defendants' Motion is GRANTED.
3  IT IS HEREBY ORDERED that Exhibits C and H to the Declaration of Geoffrey Graber
4  in Support of Defendants Motion to Dismiss shall be filed under seal pursuant to L.R. 79-5.

6  DATED:

7                                    By: _____
                                         The Honorable Howard R. Lloyd
8                                        United States Magistrate Judge