*E-filed 8/30/07*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DON BORG,<br><br>    Plaintiff,<br><br>    v.<br><br>PRINCIPAL LIFE INSURANCE, CO., et al,<br><br>    Defendants.<br>_____/ | Case No. C07-03149 HRL<br><br>**CLERK'S NOTICE RE: CONSENT TO MAGISTRATE JUDGE JURISDICTION**<br><br>Re: Docket No. 8 |

PLEASE TAKE NOTICE THAT this court is unable to hear Defendants' motion to dismiss [Docket No. 8] without the consent of the parties to proceed before a United States Magistrate Judge. Therefore, the parties must file and serve either a Consent to Proceed Before a United States Magistrate Judge or a Request for Reassignment to a United States District Judge **no later than September 11, 2007.**

Dated:   8/30/07                                        /s/  KRO
                                                                    Chambers of Magistrate Judge Howard R. Lloyd

THIS IS TO CERTIFY THAT A COPY OF THIS NOTICE WILL BE SENT TO:

**5:07-cv-3149 Notice has been electronically mailed to:**

Stanley G. Hilton FROG727@AOL.COM, chaffeej@pacbell.net, frogg@e-garfield.com, loucasloukas@yahoo.com, mscarver@aol.com, STAVROS3589@AOL.COM

Angela Lucia Padilla apadilla@mofo.com, lmethven@mofo.com

* Counsel are responsible for providing copies of this order to co-counsel.

Dated: 8/30/07

                                /s/  KRO

                        Chambers of Magistrate Judge Howard R. Lloyd