1 | ANGELA L. PADILLA (CA SBN 154863)
2 | EVA K. SCHUELLER (CA SBN 237886)
  | APadilla@mofo.com
3 | MORRISON & FOERSTER LLP
  | 425 Market Street
4 | San Francisco, California  94105-2482
  | Telephone: 415.268.7000
5 | Facsimile: 415.268.7522

6 | Attorneys for Defendants
  | PRINCIPAL LIFE INSURANCE CO. and
7 | TARGET CORPORATION

8 | UNITED STATES DISTRICT COURT

9 | NORTHERN DISTRICT OF CALIFORNIA

10 | SAN JOSE DIVISION

| DON BORG, | Case No.    C-07-03149-HRL |
|---|---|
| Plaintiff, | [Hon. Howard R. Lloyd] |
| v. | **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |
| PRINCIPAL LIFE INSURANCE CO., TARGET CORPORATION, and DOES 1 through 20, inclusive, | |
| Defendants. | |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE
CASE NO.  CV 07-03149 HRL
sf-2381906

| | |
|---|---|
| 1 | CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE |
| 2 | In accordance with the provisions of Title 28, U.S.C. Section 636(c), defendants Principal |
| 3 | Life Insurance Co. and Target Corporation, through their counsel, hereby voluntarily consent to |
| 4 | have a United States Magistrate Judge conduct any and all further proceedings in the case, |
| 5 | including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken |
| 6 | directly to the United States Court of Appeals for the Ninth Circuit. |

Dated: September 7, 2007

ANGELA L. PADILLA
EVA K. SCHUELLER
MORRISON & FOERSTER LLP


By:   /s/  Angela L. Padilla [e-filing signature]
         Angela L. Padilla

Attorneys for Defendants
TARGET CORPORATION and
PRINCIPAL LIFE INSURANCE CO.

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE
CASE NO. CV 07-03149 HRL
sf-2381906

1