STANLEY G. HILTON (CA SBN 65990)
LAW OFFICE OF STANLEY G. HILTON
2570 North First Street, Ste. 200
San Jose, California 95131
Tel: (415) 378-6142
Fax: (650) 276-2388

Attorney for Plaintiff
DON BORG


ANGELA L. PADILLA (CA SBN 154863)
EVA K. SCHUELLER (CA SBN 237886)
APadilla@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendants
PRINCIPAL LIFE INSURANCE CO. and
TARGET CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DON BORG,<br><br>                Plaintiff,<br><br>     v.<br><br>PRINCIPAL LIFE INSURANCE CO., TARGET CORPORATION, and DOES 1 through 20, inclusive,<br><br>                Defendants. | Case No.   C-07-03149-HRL<br><br>[Hon. Howard R. Lloyd]<br><br>**STIPULATED REQUEST AND [PROPOSED] ORDER CHANGING DATE OF INITIAL CASE MANAGEMENT CONFERENCE, AND OTHER DATES**<br><br>Currently Set For:  September 18, 2007<br>Time:  1:30 p.m.<br>Location: Courtroom 2 |

1  Pursuant to Northern District Local Rules 7-12 and 16-2(d), plaintiff Don Borg and
2  defendants Principal Life Insurance Co. ("Principal Life") and Target Corporation ("Target")
3  (collectively, "Defendants"), through their counsel, submit the following stipulated request
4  regarding the scheduling of the case management conference:

5  **WHEREAS,** plaintiff commenced the above-captioned action by filing his Complaint on
6  or about June 15, 2007.

7  **WHEREAS**, on July 16, 2007, Defendants filed with this Court a motion for an order
8  enlarging the time to respond to Plaintiff's Complaint, until August 16, 2007;

9  **WHEREAS**, this Court granted Defendants' motion to enlarge time on July 19, 2007;

10  **WHEREAS**, Defendants filed a Motion to Dismiss on August 16, 2007;

11  **WHEREAS**, plaintiff's opposition to Defendants' Motion to Dismiss is due
12  September 11, 2007;

13  **WHEREAS**, the hearing on Defendants' Motion to Dismiss is currently scheduled for
14  October 2, 2007 at 10 a.m.;

15  **WHEREAS**, if this Court were to grant Defendants' motion, this action would no longer
16  be pending before this Court;

17  **WHEREAS**, on June 14, 2007 this Court issued its "Order Setting Initial Case
18  Management Conference and ADR Deadlines" (the "Initial Scheduling Order"), setting an initial
19  Case Management Conference for Tuesday, September 18, 2007 and various other deadlines
20  calculated therefrom;

21  **WHEREAS**, the parties desire to defer the initial Case Management Conference, and the
22  other events governed by the Initial Scheduling Order pending the resolution of Defendants'
23  motion;

24  **WHEREAS**, continuing the case management conference until after defendants' motion
25  is resolved could conserve the parties' and the Court's time and resources; and

26  **WHEREAS**, plaintiff's schedule requires that the CMC is deferred beyond November 20,
27  2007;

28

STIPULATION AND [PROPOSED] ORDER CONTINUING CMC AND OTHER DATES
CASE NO.  CV 07-03149 HRL
sf-2381687

1

1  **IT IS HEREBY STIPULATED AND AGREED**, by and between the parties and subject
2  to the approval of the Court, that:
3      The initial Case Management Conference set for Tuesday, September 18, 2007 shall be
4  continued to Tuesday, November 27, at 1:30 p.m.; and
5      All other deadlines set forth in the Initial Scheduling Order shall be continued by seventy
6  (70) days.

7
8  Dated:  September 7, 2007      ANGELA L. PADILLA
    EVA K. SCHUELLER
    MORRISON & FOERSTER LLP
9
10
11      By:  /s/  Angela L. Padilla [e-filing signature]
         Angela L. Padilla
12      Attorneys for Defendants
    TARGET CORPORATION and
13      PRINCIPAL LIFE INSURANCE CO.
14
15  Dated:  September 7, 2007      STANLEY G. HILTON
    LAW OFFICES OF STANLEY G. HILTON
16
17
18      By:  /s/  Stanley G. Hilton [e-filing signature]
         Stanley G. Hilton
19      Attorney for Plaintiff
    DON BORG
20
21  PURSUANT TO STIPULATION, IT IS SO ORDERED.
22
23  Dated: _____, 2007      _____
    The Honorable Howard R. Lloyd
24      United States Magistrate Judge
25
26
27
28

STIPULATION AND [PROPOSED] ORDER CONTINUING CMC AND OTHER DATES
CASE NO.  CV 07-03149 HRL
sf-2381687

2

I, Angela L. Padilla, am the ECF User whose ID and password are being used to file this Stipulation. In compliance with General Order 45, X.B., I hereby attest that Stanley G. Hilton has concurred in this filing.

By: /s/ Angela L. Padilla [e-filing signature]
Angela L. Padilla