1   ANGELA L. PADILLA (CA SBN 154863)
    EVA K. SCHUELLER (CA SBN 237886)
2   APadilla@mofo.com
    MORRISON & FOERSTER LLP
3   425 Market Street
    San Francisco, California  94105-2482
4   Telephone: 415.268.7000
    Facsimile: 415.268.7522
5
    Attorneys for Defendants
6   PRINCIPAL LIFE INSURANCE CO. and
    TARGET CORPORATION
7

8                   UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                        SAN JOSE DIVISION

11

12   DON BORG,                           Case No.     C-07-03149-HRL

13                  Plaintiff,           [Hon. Howard R. Lloyd]

14        v.                             **ANGELA L. PADILLA'S**
                                         **DECLARATION IN SUPPORT OF**
15   PRINCIPAL LIFE INSURANCE CO.,       **STIPULATED REQUEST TO**
     TARGET CORPORATION, and DOES 1      **CHANGE DATE OF INITIAL CASE**
16   through 20, inclusive,              **MANAGEMENT CONFERENCE**
                                         **AND OTHER DATES**
17                  Defendants.
                                         Currently Set For:  September 18, 2007
18                                       Time:  1:30 p.m.
                                         Location: Courtroom 2
19

20

21

22

23

24

25

26

27

28

1    I, Angela L. Padilla, do hereby declare and state as follows:

2    1.    I am a member of the bar of the State of California and am admitted to practice

3    before this Court.  I am a partner at Morrison & Foerster LLP, attorneys of record for defendants

4    Principal Life Insurance Co. ("Principal Life") and Target Corporation ("Target") (collectively,

5    "Defendants").  If called as a witness, I could and would testify competently to the matters set

6    forth herein.  Pursuant to Civil Local Rule 6-2, I make this Declaration in support of the

7    accompanying Stipulated Request and [Proposed] Order Changing Date of Initial Case

8    Management Conference, and Other Dates.

9    2.    Defendants filed a Motion to Dismiss on August 16, 2007, which is currently

10    scheduled for hearing on October 2, 2007.  If this Court were to grant Defendants' motion, this

11    action would no longer be pending before this Court.

12    3.    It is my belief that continuing the case management conference until after

13    defendants' motion is resolved could conserve the parties' and the Court's time and resources.

14    4.    It is my understanding that counsel for Plaintiff Don Borg's first availability after

15    the hearing on Defendants' motion to dismiss is after November 20, 2007.

16    5.    The Case Management Conference in this action has not previously been

17    rescheduled.  On July 16, 2007, Defendants filed with this Court a motion for an order enlarging

18    the time to respond to Plaintiff's Complaint, until August 16, 2007, because Defendants had not

19    yet received a complete copy of the Complaint.  This Court granted Defendants' motion to enlarge

20    time on July 19, 2007.

21    6.    The modification requested in the accompanying Stipulation, if granted, will not

22    have any impact on the schedule established for this case.

23    I declare under penalty of perjury under the laws of the United States that the foregoing is

24    true and correct.  Executed this 7th day of September 2007 at San Francisco, California.

25

26

27    /s/ Angela L. Padilla
      Angela L. Padilla

28

DECLARATION OF ANGELA PADILLA
CASE NO.  CV 07-03149 HRL
sf-2384531

1