1  STANLEY G. HILTON (CA SBN 65990)                    *E-filed 9/10/07*
   LAW OFFICE OF STANLEY G. HILTON
2  2570 North First Street, Ste. 200
   San Jose, California 95131
3  Tel: (415) 378-6142
   Fax: (650) 276-2388
4
   Attorney for Plaintiff
5  DON BORG

6

   ANGELA L. PADILLA (CA SBN 154863)
7  EVA K. SCHUELLER (CA SBN 237886)
   APadilla@mofo.com
8  MORRISON & FOERSTER LLP
   425 Market Street
9  San Francisco, California  94105-2482
   Telephone: 415.268.7000
10 Facsimile: 415.268.7522

11 Attorneys for Defendants
   PRINCIPAL LIFE INSURANCE CO. and
12 TARGET CORPORATION

13

14                     UNITED STATES DISTRICT COURT

15                    NORTHERN DISTRICT OF CALIFORNIA

16                              SAN JOSE DIVISION

17

| | |
|---|---|
| 18  DON BORG, | Case No.   C-07-03149-HRL |
| 19             Plaintiff, | [Hon. Howard R. Lloyd] |
| 20      v. | **STIPULATED REQUEST AND [] ORDER CHANGING DATE OF INITIAL CASE MANAGEMENT CONFERENCE, AND OTHER DATES** |
| 21  PRINCIPAL LIFE INSURANCE CO., TARGET CORPORATION, and DOES 1 through 20, inclusive, | |
| 22 | |
| 23             Defendants. | Currently Set For:  September 18, 2007<br>Time: 1:30 p.m.<br>Location: Courtroom 2 |
| 24 | |
| 25 | |

26

27

28

Pursuant to Northern District Local Rules 7-12 and 16-2(d), plaintiff Don Borg and defendants Principal Life Insurance Co. ("Principal Life") and Target Corporation ("Target") (collectively, "Defendants"), through their counsel, submit the following stipulated request regarding the scheduling of the case management conference:

**WHEREAS,** plaintiff commenced the above-captioned action by filing his Complaint on or about June 15, 2007.

**WHEREAS**, on July 16, 2007, Defendants filed with this Court a motion for an order enlarging the time to respond to Plaintiff's Complaint, until August 16, 2007;

**WHEREAS**, this Court granted Defendants' motion to enlarge time on July 19, 2007;

**WHEREAS**, Defendants filed a Motion to Dismiss on August 16, 2007;

**WHEREAS**, plaintiff's opposition to Defendants' Motion to Dismiss is due September 11, 2007;

**WHEREAS**, the hearing on Defendants' Motion to Dismiss is currently scheduled for October 2, 2007 at 10 a.m.;

**WHEREAS**, if this Court were to grant Defendants' motion, this action would no longer be pending before this Court;

**WHEREAS**, on June 14, 2007 this Court issued its "Order Setting Initial Case Management Conference and ADR Deadlines" (the "Initial Scheduling Order"), setting an initial Case Management Conference for Tuesday, September 18, 2007 and various other deadlines calculated therefrom;

**WHEREAS**, the parties desire to defer the initial Case Management Conference, and the other events governed by the Initial Scheduling Order pending the resolution of Defendants' motion;

**WHEREAS**, continuing the case management conference until after defendants' motion is resolved could conserve the parties' and the Court's time and resources; and

**WHEREAS**, plaintiff's schedule requires that the CMC is deferred beyond November 20, 2007;

1  **IT IS HEREBY STIPULATED AND AGREED**, by and between the parties and subject
2  to the approval of the Court, that:
3  The initial Case Management Conference set for Tuesday, September 18, 2007 shall be
4  continued to Tuesday, November 27, at 1:30 p.m.; and
5  All other deadlines set forth in the Initial Scheduling Order shall be continued byseventy
6  (70) days.

7
8  Dated:  September 7, 2007          ANGELA L. PADILLA
                                       EVA K. SCHUELLER
                                       MORRISON & FOERSTER LLP
9
10
11                                     By:   /s/  Angela L. Padilla [e-filing signature]
                                              Angela L. Padilla
12                                     Attorneys for Defendants
                                       TARGET CORPORATION and
13                                     PRINCIPAL LIFE INSURANCE CO.
14
15 Dated:  September 7, 2007           STANLEY G. HILTON
                                       LAW OFFICES OF STANLEY G. HILTON
16
17
18                                     By:   /s/  Stanley G. Hilton [e-filing signature]
                                              Stanley G. Hilton
19                                     Attorney for Plaintiff
                                       DON BORG
20
21 PURSUANT TO STIPULATION, IT IS SO ORDERED.
22
23 Dated:  _____9/10_____, 2007      _____
                                       The Honorable Howard R. Lloyd
24                                     United States Magistrate Judge
25
26
27
28

1  I, Angela L. Padilla, am the ECF User whose ID and password are being used to file this Stipulation. In compliance with General Order 45, X.B., I hereby attest that Stanley G. Hilton has concurred in this filing.

By: /s/ Angela L. Padilla [e-filing signature]
Angela L. Padilla