LAW OFFICES OF STANLEY G. HILTON
Stanley G. Hilton, SBN #65990
2570 North First Street, Suite 200
San Jose, CA 95131
Telephone: (415) 786-4821

Attorney for Plaintiff
DON BORG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | | |
|---|---|---|
| DON BORG, | ) | No. 07-CV-03149 HRL |
| | ) | |
| Plaintiff, | ) | DECLINE TO PROCEED BEFORE |
| | ) | MAGISTRATE AND REQUEST FOR |
| vs. | ) | JUDGE |
| | ) | |
| PRINCIPAL LIFE INSURANCE | ) | |
| COMPANY, TARGET | ) | |
| CORPORATION, and DOES 1 through | ) | |
| 20, inclusive, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |

PLAINTIFF BORG DECLINES TO PROCEED BEFORE A MAGISTRATE AND REQUESTS

REASSIGNMENT TO A JUDGE.

DATE   SEP 11 2007

_Stanley G Hilton_
**STANLEY G HILTON**
**ATTY FOR PLAINTIFF**

1