UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Don Borg,<br><br>        Plaintiff,<br><br>  v.<br><br>Principal Life Insurance Company, et.al.,<br><br>        Defendants.<br>_____/ | No. C07-03149<br><br>**CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has requested reassignment to a United States District Judge or has not consented to jurisdiction by a Magistrate Judge.

PLEASE TAKE NOTICE that a Case Management Conference in the above-entitled matter which was previously set for September 18, 2007 before the Honorable Judge Howard R. Lloyd has been vacated.

Dated: September 13, 2007

RICHARD W. WIEKING,
United States District Court

    */s/ Patty Cromwell*
By: Patty Cromwell
Courtroom Deputy Clerk to
Magistrate Judge Howard R. Lloyd

1

2  THIS SHALL CERTIFY THAT A COPY OF THIS NOTICE WAS PROVIDED TO:

3

4  Stanley G. Hilton    FROG727@AOL.COM, chaffeej@pacbell.net, frogg@e-garfield.com, loucasloukas@yahoo.com, mscarver@aol.com, STAVROS3589@AOL.COM

5

6  Angela Lucia Padilla    apadilla@mofo.com, lmethven@mofo.com