## UNITED STATES DISTRICT COURT
### Northern District of California
**280 South First Street**
**San Jose, California 95113**
_____
www.cand.uscourts.gov

Richard W. Wieking                                                     General Court Number
Clerk                                                                              408.535.5364

**September 13, 2007**

**CASE NUMBER:  CV 07-03149 HRL**
**CASE TITLE:  DON BORG-v-PRINCIPAL LIFE INSURANCE COMPANY, ET.AL**

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Jose** division. Case assigned to

the **Honorable James Ware** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **JW** immediately after

the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND
SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE
HAS BEEN REASSIGNED.

Date: 09/12/07

FOR THE EXECUTIVE COMMITTEE:

_____
                                                                                Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies                        Special Projects
Log Book Noted                                              Entered in Computer 09/13/07

CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                                     Transferor CSA