**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DON BORG, | No. C 07-03149 JW |
|         Plaintiff(s), | |
|     v. | CLERK'S NOTICE |
| PRINCIPAL LIFE INSURANCE COMPANY, ET.AL, | |
|         Defendant(s). | |
| _____/ | |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT due to Reassignment to a District Court Judge all previous dates before the Magistrate Judge have been vacated. The Court sets a Case Management Conference before Judge James Ware for December 3, 2007 **at 10:00 AM,** Courtroom 8, 4th Floor, 280 S. 1st Street, San Jose, California. The parties shall file a joint Case Management Conference by November 23, 2007.

Dated: September 17, 2007

                                            FOR THE COURT,
                                            Richard W. Wieking, Clerk

                                       by:       /s/
                                                    Elizabeth Garcia
                                                    Courtroom Deputy