ANGELA L. PADILLA (CA SBN 154863)
EVA K. SCHUELLER (CA SBN 237886)
APadilla@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendants
PRINCIPAL LIFE INSURANCE CO. and
TARGET CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DON BORG,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>PRINCIPAL LIFE INSURANCE CO., TARGET CORPORATION, and DOES 1 through 20, inclusive,<br><br>　　　　　Defendants. | Case No.   C-07-03149-JW<br><br>[Hon. James Ware]<br><br>**RE-NOTICE OF MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT**<br><br>Date:  December 3, 2007<br><br>Time:  9:00 a.m.<br><br>Location:  Courtroom 8 |

# NOTICE OF MOTION

PLEASE TAKE NOTICE that on December 3, 2007, at 9:00 a.m., or as soon thereafter as the matter may be heard, in the Courtroom of the Honorable James Ware, United States District Court, Northern District of California, San Jose Division, Courtroom 8, 450 Golden Gate Avenue, San Jose, California, Defendants Principal Life Insurance Company and Target Corporation (collectively "Defendants") will, and hereby do, move this Court for an order dismissing the Complaint under Fed. R. Civ. P. 12(b)(6) or, in the alternative, for summary judgment under Fed. R. Civ. P. 56.  This motion is being re-noticed for hearing pursuant to the court's Reassignment Order, issued September 13, 2007, which vacated the hearing originally set for October 2, 2007 before the Hon. Howard R. Lloyd.

Defendants' motion is made on the grounds that the Complaint fails to state a claim, that there is no triable issue of fact, and that the parties' settlement of a case previously before this Court, *Borg v. Principal Life Ins. Co. et al.*, Case No. CV 05-05295 HRL (N.D. Cal.), was a valid and enforceable agreement by which Plaintiff released the claims he purports to pursue in the present action.

Defendants' motion is based on this Notice, the Memorandum of Points and Authorities and the Declaration of Geoffrey Graber filed on August 16, 2007, the pleadings and papers on file in this action, and such other and further evidence and argument as may be presented at the hearing on the motion.

Dated:  September 18, 2007

ANGELA L. PADILLA
EVA K. SCHUELLER
MORRISON & FOERSTER LLP

By:  /s/ Angela L. Padilla [e-filing signature]
  Angela L. Padilla

Attorneys for Defendants
TARGET CORPORATION AND
PRINCIPAL LIFE INSURANCE CO.

DEFENDANTS' RE-NOTICE OF MOTION TO DISMISS
CASE NO.  CV 07-03149 JW
sf-2390492

1