1   STANLEY G. HILTON (CA SBN 65990)
    LAW OFFICE OF STANLEY G. HILTON
2   2570 North First Street, Ste. 200
    San Jose, California 95131
3   Tel: (415) 378-6142
    Fax: (650) 276-2388
4
    Attorney for Plaintiff
5   DON BORG

6
    ANGELA L. PADILLA (CA SBN 154863)
7   EVA K. SCHUELLER (CA SBN 237886)
    APadilla@mofo.com
8   MORRISON & FOERSTER LLP
    425 Market Street
9   San Francisco, California  94105-2482
    Telephone: 415.268.7000
10  Facsimile: 415.268.7522

11  Attorneys for Defendants
    PRINCIPAL LIFE INSURANCE CO. and
12  TARGET CORPORATION

13

14                  UNITED STATES DISTRICT COURT

15               NORTHERN DISTRICT OF CALIFORNIA

16                        SAN JOSE DIVISION

17

18  DON BORG,                          Case No.    C-07-03149-JW

19              Plaintiff,             [Hon. James Ware]

20      v.                             **STIPULATED REQUEST AND
                                       [PROPOSED] ORDER CHANGING
21  PRINCIPAL LIFE INSURANCE CO.,      DATE OF INITIAL CASE
    TARGET CORPORATION, and DOES 1     MANAGEMENT CONFERENCE,
22  through 20, inclusive,             AND OTHER DATES**

23              Defendants.            Currently Set For:  December 3, 2007
                                       Time:  10:00 a.m.
24                                     Location: Courtroom 8

25

26

27

28

1  Pursuant to Northern District Local Rules 7-12 and 16-2(d), plaintiff Don Borg and

2  defendants Principal Life Insurance Co. ("Principal Life") and Target Corporation ("Target")

3  (collectively, "Defendants"), through their counsel, submit the following stipulated request

4  regarding the scheduling of the case management conference:

5  **WHEREAS,** plaintiff commenced the above-captioned action by filing his Complaint on

6  or about June 15, 2007.

7  **WHEREAS,** on July 16, 2007, Defendants filed with this Court a motion for an order

8  enlarging the time to respond to Plaintiff's Complaint, until August 16, 2007;

9  **WHEREAS,** this Court granted Defendants' motion to enlarge time on July 19, 2007;

10  **WHEREAS,** Defendants filed a Motion to Dismiss on August 16, 2007;

11  **WHEREAS,** plaintiff filed a Memorandum of Points and Authorities in Opposition to

12  Defendants' Motion to Dismiss on September 12, 2007;

13  **WHEREAS,** the hearing on Defendants' Motion to Dismiss was scheduled for October 2,

14  2007 at 10 a.m.;

15  **WHEREAS,** on June 14, 2007 the Court scheduled an initial Case Management

16  Conference for Tuesday, September 18, 2007 and various other deadlines calculated therefrom;

17  **WHEREAS,** the parties entered into a joint stipulation, which was approved by the Court

18  on September 10, 2007, deferring the CMC until after the hearing on the Motion to Dismiss, in

19  order to conserve the parties' and the Court's time and resources;

20  **WHEREAS,** Plaintiff declined to proceed before Magistrate Judge Howard R. Lloyd and

21  requested reassignment to a District Court Judge on September 12, 2007;

22  **WHEREAS,** this Court rescheduled the hearing on Defendant's Motion to Dismiss to

23  December 3, 2007;

24  **WHEREAS,** this Court also scheduled the initial Case Management Conference for

25  Monday, December 3, 2007 and set various other deadlines calculated therefrom;

26  **WHEREAS,** if this Court were to grant Defendants' motion, this action would no longer

27  be pending before this Court;

28

1    **WHEREAS**, the parties continue to desire to defer the initial Case Management

2    Conference, and the other events governed by the Court's Scheduling Order, pending the

3    resolution of Defendants' motion; and

4    **WHEREAS**, continuing the case management conference until after defendants' motion

5    is resolved could conserve the parties' and the Court's time and resources;

6    **IT IS HEREBY STIPULATED AND AGREED**, by and between the parties and subject

7    to the approval of the Court, that:

8    The initial Case Management Conference set for Monday, December 3, 2007 shall be

9    continued to February 4, 2008.

10    All other deadlines set forth in the Court's September 17, 2007 Scheduling Order shall be

11    continued by sixty-three (63) days.

12

13    Dated:  November 9, 2007           ANGELA L. PADILLA
                                         EVA K. SCHUELLER
14                                       MORRISON & FOERSTER LLP

15

16                                       By:   /s/  Angela L. Padilla [e-filing signature]
                                               Angela L. Padilla

17                                       Attorneys for Defendants
18                                       TARGET CORPORATION and
                                         PRINCIPAL LIFE INSURANCE CO.

19

20    Dated:  November 9, 2007           STANLEY G. HILTON
                                         LAW OFFICES OF STANLEY G. HILTION
21

22

23                                       By:   /s/  Stanley G. Hilton [e-filing signature]
                                               Stanley G. Hilton

24                                       Attorney for Plaintiff
25                                       DON BORG

26

27

28

1

2
PURSUANT TO STIPULATION, IT IS SO ORDERED.

3
Dated: _____, 2007                    _____

4                                              The Honorable James Ware
                                               United States District Court Judge
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1       I, Angela L. Padilla, am the ECF User whose ID and password are being used to file this

2   Stipulation.  In compliance with General Order 45, X.B., I hereby attest that Stanley G. Hilton has

3   concurred in this filing.

4                         By: /s/ Angela L. Padilla [e-filing signature]

5                            Angela L. Padilla

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28