1  STANLEY G. HILTON (CA SBN 65990)
   LAW OFFICE OF STANLEY G. HILTON
2  2570 North First Street, Ste. 200
   San Jose, California 95131
3  Tel: (415) 378-6142
   Fax: (650) 276-2388
4
   Attorney for Plaintiff
5  DON BORG

6
   ANGELA L. PADILLA (CA SBN 154863)
7  EVA K. SCHUELLER (CA SBN 237886)
   APadilla@mofo.com
8  MORRISON & FOERSTER LLP
   425 Market Street
9  San Francisco, California  94105-2482
   Telephone: 415.268.7000
10 Facsimile: 415.268.7522

11 Attorneys for Defendants
   PRINCIPAL LIFE INSURANCE CO. and
12 TARGET CORPORATION

*IT IS SO ORDERED AS MODIFIED*
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DON BORG, | Case No.   C-07-03149-JW |
| Plaintiff, | [Hon. James Ware] |
| v. | **STIPULATED REQUEST AND [PROPOSED] ORDER CHANGING DATE OF INITIAL CASE MANAGEMENT CONFERENCE, AND OTHER DATES** |
| PRINCIPAL LIFE INSURANCE CO., TARGET CORPORATION, and DOES 1 through 20, inclusive, | |
| Defendants. | Currently Set For:  December 3, 2007<br>Time:  10:00 a.m.<br>Location: Courtroom 8 |

1  Pursuant to Northern District Local Rules 7-12 and 16-2(d), plaintiff Don Borg and defendants Principal Life Insurance Co. ("Principal Life") and Target Corporation ("Target") (collectively, "Defendants"), through their counsel, submit the following stipulated request regarding the scheduling of the case management conference:

**WHEREAS,** plaintiff commenced the above-captioned action by filing his Complaint on or about June 15, 2007.

**WHEREAS**, on July 16, 2007, Defendants filed with this Court a motion for an order enlarging the time to respond to Plaintiff's Complaint, until August 16, 2007;

**WHEREAS**, this Court granted Defendants' motion to enlarge time on July 19, 2007;

**WHEREAS**, Defendants filed a Motion to Dismiss on August 16, 2007;

**WHEREAS**, plaintiff filed a Memorandum of Points and Authorities in Opposition to Defendants' Motion to Dismiss on September 12, 2007;

**WHEREAS**, the hearing on Defendants' Motion to Dismiss was scheduled for October 2, 2007 at 10 a.m.;

**WHEREAS**, on June 14, 2007 the Court scheduled an initial Case Management Conference for Tuesday, September 18, 2007 and various other deadlines calculated therefrom;

**WHEREAS**, the parties entered into a joint stipulation, which was approved by the Court on September 10, 2007, deferring the CMC until after the hearing on the Motion to Dismiss, in order to conserve the parties' and the Court's time and resources;

**WHEREAS**, Plaintiff declined to proceed before Magistrate Judge Howard R. Lloyd and requested reassignment to a District Court Judge on September 12, 2007;

**WHEREAS**, this Court rescheduled the hearing on Defendant's Motion to Dismiss to December 3, 2007;

**WHEREAS**, this Court also scheduled the initial Case Management Conference for Monday, December 3, 2007 and set various other deadlines calculated therefrom;

**WHEREAS**, if this Court were to grant Defendants' motion, this action would no longer be pending before this Court;

**WHEREAS**, the parties continue to desire to defer the initial Case Management Conference, and the other events governed by the Court's Scheduling Order, pending the resolution of Defendants' motion; and

**WHEREAS**, continuing the case management conference until after defendants' motion is resolved could conserve the parties' and the Court's time and resources;

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties and subject to the approval of the Court, that:

**(1) The Case Management Conference presently scheduled for December 3, 2007 is VACATED. The Court will set a new conference date in its Order addressing Defendants' Motion to Dismiss.**

**(2) The Court's September 17, 2007 Order did not set any deadline that requires extension. The Order was simply a Clerk's Notice rescheduling the hearing and the conference.**

Dated: November 9, 2007        ANGELA L. PADILLA
                               EVA K. SCHUELLER
                               MORRISON & FOERSTER LLP


                               By:  /s/  Angela L. Padilla [e-filing signature]
                                    Angela L. Padilla

                                    Attorneys for Defendants
                                    TARGET CORPORATION and
                                    PRINCIPAL LIFE INSURANCE CO.


Dated: November 9, 2007        STANLEY G. HILTON
                               LAW OFFICES OF STANLEY G. HILTON


                               By:  /s/  Stanley G. Hilton [e-filing signature]
                                    Stanley G. Hilton

                                    Attorney for Plaintiff
                                    DON BORG

1  PURSUANT TO STIPULATION, IT IS SO ORDERED.

2

3  Dated: _November 13_, 2007                    ___*James Ware*___
                                                 The Honorable James Ware
4                                                United States District Court Judge

1  I, Angela L. Padilla, am the ECF User whose ID and password are being used to file this Stipulation. In compliance with General Order 45, X.B., I hereby attest that Stanley G. Hilton has concurred in this filing.

By: /s/ Angela L. Padilla [e-filing signature]
Angela L. Padilla