UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

CIVIL MINUTES

| | |
|---|---|
| **Judge: James Ware** | **Courtroom Deputy: Elizabeth Garcia** |
| **Date:** 12/3/2007 | **Court Reporter: Summer Clanton** |
| **Case No: C-07-03149 JW** | **Interpreter: N/A** |

TITLE

**Don Borg v. Principal Life Insurance Company et al**

**Attorney(s) for Plaintiff(s)**: Stanley Hilton
**Attorney(s) for Defendant(s)**: Evi Schuller

PROCEEDINGS

**Defendant's Motion to Dismiss or In the Alternative for Summary Judgment**

ORDER AFTER HEARING

Hearing Held. The Court took this matter under submission after oral argument. The Court to issue further order on motion.

Elizabeth C. Garcia
Courtroom Deputy
Original: **E-Filed**
CC: