UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DON BORG,<br><br>                Plaintiff,<br><br>    v.<br><br>PRINCIPAL LIFE INSURANCE CO., TARGET CORPORATION, and DOES 1 through 20, inclusive,<br><br>                Defendants. | Case No.    C-07-03149- JW<br><br>[Hon. James Ware    ]<br><br>[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL<br><br>Date: October 2, 2007<br><br>Time: 10:00 a.m.<br><br>Location: Courtroom 2 |

[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION FOR LEAVE TO FILE UNDER SEAL
CASE NO. CV 07-03149 HRL
sf-2373820

1  Having considered Defendants' Administrative Motion for Leave to File Documents
2  Under Seal, and good cause appearing therefor, Defendants' Motion is GRANTED.
3  IT IS HEREBY ORDERED that Exhibits C and H to the Declaration of Geoffrey Graber
4  in Support of Defendants Motion to Dismiss shall be filed under seal pursuant to L.R. 79-5.

6  DATED:   March 21, 2008

7  By: _____
8  The Honorable James Ware
   United States District Judge