ANGELA L. PADILLA (CA SBN 154863)
EVA K. SCHUELLER (CA SBN 237886)
APadilla@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522
Email: APadilla@mofo.com

Attorneys for Defendants
PRINCIPAL LIFE INSURANCE CO. AND
TARGET CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DON BORG,<br><br>          Plaintiff,<br><br>     v.<br><br>PRINCIPAL LIFE INSURANCE CO.,<br>TARGET CORPORATION, and DOES 1<br>through 20, inclusive,<br><br>          Defendants. | Case No.   C-07-03149-JW<br><br>[Hon. James Ware]<br><br>**JOINT RULE 26(f) DISCOVERY PLAN** |

Plaintiff Don Borg ("Plaintiff") and Defendants Target Corporation ("Target") and Principal Life Insurance Company ("Principal Life") submit this discovery plan in accordance with Federal Rule of Civil Procedure 26.

The Parties have met and conferred pursuant to Rule 26(f) of the Federal Rules of Civil Procedure, and had agreed that no discovery is necessary under the current circumstances of this litigation. (*See* Joint Case Management Statement, ¶ 8, filed April 4, 2008, Docket Entry 36.) Plaintiff now asserts, however, that he wishes to take discovery as to his fraud allegations.

Defendants plan to file a dispositive motion in response to Plaintiff's Amended Complaint. (Amended Complaint, filed March 28, 2008, Docket Entry 35.) Defendants also plan

to file other pre-trial motions as necessary.  Defendants maintain that no discovery is necessary at this time.

Should this Court deny Defendants' motions, the parties reserve the right to take discovery as needed.

Dated:  April 7, 2008                                STANLEY G. HILTON

By:  /s/  Stanley G. Hilton [e-filing signature]
       Stanley G. Hilton

Attorney for Plaintiff
DONALD BORG

Dated:  April 7, 2008                                ANGELA L. PADILLA
                                                     EVA K. SCHUELLER
                                                     MORRISON & FOERSTER LLP

By:  /s/  Angela L. Padilla [e-filing signature]
       Angela L. Padilla

Attorneys for Defendants
TARGET CORPORATION AND
PRINCIPAL LIFE INSURANCE CO.

I, Angela L. Padilla, am the ECF User whose ID and password are being used to file this Stipulation. In compliance with General Order 45, X.B., I hereby attest that Stanley G. Hilton has concurred in this filing.

By:  /s/  Angela L. Padilla [e-filing signature]
       Angela L. Padilla

JOINT RULE 26(f) DISCOVERY PLAN
CASE NO.  CV 07-03149 JW
sf-2495004

2