IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Don Borg, | NO. C 07-03149 JW |
|       Plaintiff,<br>v. | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| Principal Life Insurance Company, et al., | |
|       Defendants.<br>_____ / | |

The Case Management Conference currently scheduled for May 21, 2007 at 10:00 AM is CONTINUED to **June 9, 2008 at 10:00 AM** so that it coincides with the hearing on Defendants' motion to dismiss.

Dated: April 11, 2008

                                                          JAMES WARE<br>
                                                        United States District Judge

1 **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Angela Lucia Padilla apadilla@mofo.com
Stanley G. Hilton FROG727@AOL.COM

**Dated: April 11, 2008**              **Richard W. Wieking, Clerk**

                                       **By:  /s/ JW Chambers**
                                              **Elizabeth Garcia**
                                              **Courtroom Deputy**

**United States District Court**
For the Northern District of California