1  GREG P. DRESSER (CA SBN 136532)
   EVA K. SCHUELLER (CA SBN 237886)
2  MORRISON & FOERSTER LLP
   425 Market Street
3  San Francisco, California  94105-2482
   Telephone: 415.268.7000
4  Facsimile: 415.268.7522
   Email: GDresser@mofo.com
5
   Attorneys for Defendants
6  PRINCIPAL LIFE INSURANCE CO. AND
   TARGET CORPORATION
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                          SAN JOSE DIVISION

11

12 | DON BORG,                              | Case No.   C-07-03149-JW
13 |            Plaintiff,                   |
                                             | **NOTICE OF SUBSTITUTION OF**
14 |     v.                                  | **ATTORNEY**
15 | PRINCIPAL LIFE INSURANCE CO.,           |
   | TARGET CORPORATION, and DOES 1          |
16 | through 20, inclusive,                  |
17 |            Defendants.                  |

NOTICE OF SUBSTITUTION OF ATTORNEY
CASE NO. CV 07-03149 JW
sf-2523156

1  Morrison & Foerster LLP, counsel of record for Defendants PRINCIPAL LIFE
2  INSURANCE CO. and TARGET CORPORATION, hereby substitutes attorney Gregory P.
3  Dresser for Angela L. Padilla as an attorney of record, as Ms. Padilla is no longer a member of
4  the firm.   Accordingly, please delete Ms. Padilla from the service list and address all notices,
5  correspondence and pleadings pertaining to this matter to Mr. Dresser and the undersigned
6  attorneys of record in this matter.

8  Dated: May 30, 2008            GREG P. DRESSER
                                  EVA K. SCHUELLER
9                                 MORRISON & FOERSTER LLP

11                                By:  /s/  Greg P. Dresser [e-filing signature]
                                       Greg P. Dresser

12                                Attorneys for Defendants
                                  TARGET CORPORATION AND
13                                PRINCIPAL LIFE INSURANCE CO.

NOTICE OF SUBSTITUTION OF ATTORNEY
CASE NO.  CV 07-03149 JW
sf-2523156

1