1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                    NORTHERN DISTRICT OF CALIFORNIA
10                            SAN JOSE DIVISION
11

| 12 | DON BORG, | Case No.   C-07-03149-JW |
|---|---|---|
| 13 | Plaintiff, | |
| 14 | v. | **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR SANCTIONS** |
| 15 | PRINCIPAL LIFE INSURANCE CO., TARGET CORPORATION, and DOES 1 through 20, inclusive, | |
| 16 | | |
| 17 | Defendants. | |

18
19
20
21
22
23
24
25
26
27
28

1  The Motion of Defendants PRINCIPAL LIFE INSURANCE CO. and TARGET CORPORATION for an order of sanctions against Plaintiff Don Borg and his counsel, Stanley Hilton, pursuant to Rule 11 of the Federal Rules of Civil Procedure came for hearing before the Court on October 6, 2008.

Having considered the Rule 11 Motion for Sanctions, the supporting and opposing memoranda of the parties, and other related documents filed with the Court in connection with the motion, the papers and records on file in this action, and the arguments of counsel, the Court finds that Defendants are entitled to sanctions. Accordingly, IT IS HEREBY ORDERED THAT PRINCIPAL LIFE INSURANCE CO. and TARGET CORPORATION's Rule 11 Motion for Sanctions is GRANTED.

Plaintiff and his counsel shall reimburse Defendants for attorneys' fees and costs in the amount of $5,000. Plaintiff's First Amended Complaint is hereby dismissed with prejudice.

IT IS SO ORDERED.

Dated: _____,

> The Honorable James Ware
> United States District Judge

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR SANCTIONS
CASE NO. CV 07-03149 JW
sf-2523800