UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

## CIVIL MINUTES

**Judge:** James Ware  **Courtroom Deputy:** Elizabeth Garcia
**Date:**   June 9, 2008  **Court Reporter:** Irene Rodriguez
**Case No.:** C-07-03149 JW  **Interpreter:** N/A
**Related Case No.:** N/A

## TITLE

**Don Borg v. Principal Life Insurance Company et al**

**Attorney(s) for Plaintiff(s)**: Stanley Hilton
**Attorney(s) for Defendant(s)**: Evi Schueller

## PROCEEDINGS

Defendants' Motion to Dismiss

## ORDER AFTER HEARING

Hearing Held.  The Court took this matter under submission after oral argument.  The Court to issue further Order on motion.

Elizabeth C. Garcia
Courtroom Deputy
Original: **E-Filed**
CC: