UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

AMENDED CIVIL MINUTES

**Judge: James Ware**  **Courtroom Deputy: Elizabeth Garcia**
**Date:   June 9, 2008**  **Court Reporter: Irene Rodriguez**
**Case No.: C-07-03149 JW**  **Interpreter: N/A**
**Related Case No.: N/A**

TITLE

**Don Borg v. Principal Life Insurance Company et al**

**Attorney(s) for Plaintiff(s)**: Stanley Hilton
**Attorney(s) for Defendant(s)**: Evi Schueller

PROCEEDINGS

Defendants' Motion to Dismiss

ORDER AFTER HEARING

Hearing Held.  The Court took this matter under submission after oral argument.  The Court to issue further Order on motion. The Court VACATED the scheduled Case Management Conference.  The Court to issue further scheduling dates, if necessary, in its order on Defendants' Motion to Dismiss.

Elizabeth C. Garcia
Courtroom Deputy
Original: **E-Filed**
CC: