1  GREG P. DRESSER (CA SBN 136532)
   EVA K. SCHUELLER (CA SBN 237886)
2  MORRISON & FOERSTER LLP
   425 Market Street
3  San Francisco, California 94105-2482
   Telephone: 415.268.7000
4  Facsimile: 415.268.7522
   Email: GDresser@mofo.com
5
   Attorneys for Defendants
6  PRINCIPAL LIFE INSURANCE CO. AND
   TARGET CORPORATION
7

**GRANTED**
*Judge James Ware*
6/9/2008

8                  UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                         SAN JOSE DIVISION

11

12  DON BORG,                                    Case No.   C-07-03149-JW

13              Plaintiff,

                                                 **NOTICE OF SUBSTITUTION OF**
14       v.                                      **ATTORNEY**

15  PRINCIPAL LIFE INSURANCE CO.,
    TARGET CORPORATION, and DOES 1
16  through 20, inclusive,

17              Defendants.

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF SUBSTITUTION OF ATTORNEY
CASE NO. CV 07-03149 JW
sf-2523156

1 | Morrison & Foerster LLP, counsel of record for Defendants PRINCIPAL LIFE INSURANCE CO. and TARGET CORPORATION, hereby substitutes attorney Gregory P. Dresser for Angela L. Padilla as an attorney of record, as Ms. Padilla is no longer a member of the firm. Accordingly, please delete Ms. Padilla from the service list and address all notices, correspondence and pleadings pertaining to this matter to Mr. Dresser and the undersigned attorneys of record in this matter.

Dated: May 30, 2008

GREG P. DRESSER
EVA K. SCHUELLER
MORRISON & FOERSTER LLP

By:  /s/  Greg P. Dresser [e-filing signature]
         Greg P. Dresser

Attorneys for Defendants
TARGET CORPORATION AND
PRINCIPAL LIFE INSURANCE CO.