1  STANLEY G. HILTON, BAR NO. 65990
   LAW OFFICES OF STANLEY G. HILTON.
2  2570 North First Street, Ste. 200
   San Jose, California 95131
3  Tel: (415) ~~378-6142~~ 786-4821/
   Fax: (650) ~~376-2388~~ 558-0806
4
   Attorney for Plaintiff
5  DON BORG

**FILED**

AUG 21 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

6

7               UNITED STATES DISTRICT COURT

8        NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

9

10  DON BORG,                        )    No. CIV- 07 3149 JW
                                     )
11            Plaintiff,             )    NOTICE OF APPEAL
                                     )
12        vs.                        )
                                     )
13  PRINCIPAL LIFE INSURANCE CO.,    )
    TARGET CORPORATION and DOES 1    )
14  through 20, inclusive,           )
                                     )
15            Defendants.            )
                                     )
16                                   )
                                     )
17                                   )
                                     )
18                                   )
                                     )
19  _____  )

20  PLAINTIFF DON BORG HEREBY APPEALS TO THE US COURT OF APPEALS FOR THE

21  NINTH CIRCUIT, FROM THIS COURT'S ORDER AND JUDGMENT OF ON OR ABOUT

22  JULY 24 2008 DISMISSING HIS CASE AND GRANTING DEFENDANTS' MOTION TO

23  DISMISS/MOTION FOR SUMMARY JUDGMENT.

24  DATE ,8-21-08

25

26  STANLEY G HILTON

27  ATTORNEY FOR PLAINTIFF BORG

28

Complaint for Damages
Borg v. Principal Life, et al.                    1

## *PROOF OF SERVICE*

I AM NOT A PARTY, AM OVER 18, AND ON AUG. 21, 2008 IN SAN JOSE, CA  I MAILED A COPY OF THE FOREGOING

NOTICE OF APPEAL

WITH 1ST CLASS POSTAGE ATTACHED, ADDRESSED TO DEFENDANT'S COUNSEL:

MORRISON AND FOERSTER
 425  MARKET ST.
SAN FRANCISCO, CA 94105

DATE 8-21-08

STANLEY G. HILTON