UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

August 21, 2008

**CASE INFORMATION:**
Short Case Title:  <u>DON BORG</u>-v- <u>PRINCIPAL LIFE INSURANCE COMPANY, ET.AL</u>
Court of Appeals No. (leave blank if a unassigned
U.S. District Court, Division & Judge Name: *San Jose Division, Judge James Ware*
Criminal and/or Civil Case No.:  <u>CV 07-03149 JW</u>
Date Complaint/Indictment/Petition Filed: 6/14/07
Date Appealed order/judgment *entered* **7/24/08**
Date NOA *filed* **8/21/08**
Date(s) of Indictment  Plea Hearing  Sentencing

COA Status (check one):    ☐ granted in full (attach order)        ☐ denied in full (send record)
                           ☐ granted in part (attach order)        ☐ pending

Court Reporter(s) Name & Phone Number: Summer A. Clanton

*Magistrate Judge's Order?  If so, please attach.*

**FEE INFORMATION**
Date Docket Fee Paid:  *8/21/08*            Date Docket Fee Billed:
Date FP granted:                            Date FP denied:
Is FP pending? ☐ yes  ☐ no                              Was FP limited ☐?  Revoked ☐?
US Government Appeal? ☐ yes  ☐ no
Companion Cases?  Please list:

*Please attach copy of any order granting, denying or revoking FP.*

**COUNSEL INFORMATION** (Please include email address)
Appellate Counsel:                          Appellee Counsel:
Stanley G. Hilton                           Gregory P. Dresser
Law Offices of Stanley G. Hilton            425 Market Street
2570 North First St., Suite 200             San Francisco, Calif., 94105
San Jose , CA 95131                         (415) 268-7000
4151-378-6142
Fax: 415-276-2388
Email: FROG727@AOL.COM
☒ retained   ☐ CJA   ☐ FPD ☐ Pro Se  ☐ Other    *Please attach appointment order.*

**DEFENDANT INFORMATION**
Prisoner ID:                                Address:
Custody:
Bail:

**AMENDED NOTIFICATION INFORMATION**
Date Fees Paid:                   9th Circuit Docket Number:

Name & Phone Number of Person Completing this Form: <u>Cindy Vargas</u>